UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:17-cr-00043-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| LADONNA PING, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by

United States Magistrate Judge Hanly A. Ingram. [R. 221.] The recommendation instructed the

parties to file any specific written objections within three days after being served with the

decision, or else waive the right to further review. [*Id*. at 2.] Neither party has objected and the

time to do so has passed.

Upon review, the Court is satisfied that Defendant Ping knowingly and competently pled

guilty to the charged offense and that an adequate factual basis supports the plea as to each

essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation to Accept Guilty Plea [R. 221] is **ADOPTED** as

and for the Opinion of the Court;

2. Defendant LaDonna Ping is **ADJUDGED** guilty of Count One (1) of the Second

Superseding Indictment;

3. The Defendant's Jury Trial is **CANCELLED**; and

4. A Sentencing Order shall be entered promptly.

This the 28th day of March, 2018.

Gregory F. Van Tatenhove
United States District Judge